UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



FILED

2004 FEB 23 P 5:50

| | | |
|---|---|---|
| TERRELL EMBRY | : | |
| v. | : | CASE NO. 3:01CV1588 (AWT) |
| FRANK D'AMORE, ET AL. | : | |

### ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to __Senior Judge Peter C. Dorsey__. All further pleadings or documents in this matter should be filed with the Clerk's Office in __New Haven__, and shall bear the docket number 3:01CV1588 (PCD). Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 3(a)]

Dated at Hartford, Connecticut this 23rd day of February, 2003.

Alvin W. Thompson
United States District Judge