DEPUTY CLERK P. Villano   RPTR/ERO/TAPE Falcone

TOTAL TIME: ___ hours ___ minutes

DATE 4/20/04   START TIME 9:00   END TIME 2:35
LUNCH RECESS FROM 12:40 TO 1:10
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Terrell Embry   CIVIL NO. 3:01cv1588(PCD)   John Williams
                                              Plaintiffs Counsel
vs.                  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
Frank D'Amore, et als                         David Robertson
                                              Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ☐ Call of the Calendar held  ☐ Call of the Calendar over to ___
☑ ☑ Jury Selection held  ☐ Jury Selection continued until ___
☐ # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☑ 88 # jurors present
☑ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☑ Voir Dire by Court
☑ Peremptory challenges exercised (See attached)
☑ Jury of 8 drawn (See attached) ☑ and sworn ☐ Jury Trial commences
☐ Remaining jurors excused
☐ Discovery deadline set for ___
☐ Disposition Motions due ___
☐ Joint trial memorandum due ___
☑ Trial continued until 4/26 at 10:00 am

☑ COPY TO: JURY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Terrell Embry

vs.

Frank D'Amore, et al

CASE NO. 3:01CV 1588(PCD)

### CIVIL CHALLENGES

Plaintiff challenges (1–8, all struck through with an X):
1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____

Defendant challenges:
1. #48 Jack Pasquale
2. #46 - maria keeler
3. #20 - Harry morrow
4. #23 - Gordon Phillips
5. _____
6. _____
7. _____
8. _____

Counsel for Plaintiff(s)

Counsel for Defendant(s)
David J. Robertson

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Terrell Embry
    vs.
Frank D'Amore, et al

CASE NO. 3:01cv1588 (PCD)

## CIVIL CHALLENGES

1. 10 - Gillen
2. 43 - Tynan
3. 21 - Duryea
4. 38 - Nemphos
5. _____
6. _____
7. _____
8. _____

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____

Counsel for Plaintiff(s)
[signature]

Counsel for Defendant(s)

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:03CR222(PCD)  
Description: US V KING

Date: 4/20/04  
Time: 9:04 AM

4/26

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 1 | 100168782 | 02-0020 | ORLANDO, ELIZABETH<br>SEYMOUR | CASE MGMT    6/20-6/26 N/A | J1 |
| 2 | 100178113 | 02-0058 | ESTEVES, NANCY L<br>EAST HAVEN | PRINCIPAL | CP |
| 3 | 100148270 | 02-0015 | MCGOVERN, CINDY M<br>NORTHFORD | CONTRACTS ADMIN | CP |
| 4 | 100154174 | 02-0007 | THOMAS, VICTORIA J<br>NEW HAVEN | | CP |
| 5 | 100080622 | 02-0086 | LAPOINTE, IRENE E<br>LEBANON | PROPERTY APPRAISER | J2 |
| 6 | 100070249 | 02-0106 | BAILEY, BRIAN J<br>COLCHESTER | CONTRACT ADMIN | CP |
| 7 | 100073062 | 02-0109 | LEE, TALSOON<br>WATERFORD | RETIRED | CP |
| 8 | 100136404 | 02-0024 | WOLAK, JOEL J<br>HADDAM | BANKING   4/26 - 4/30 N/A | CP |
| 9 | 100069834 | 02-0014 | REDDING, PAUL<br>NIANTIC | UNEMPLOYED | J3 |

Legend: J=Jury  A=Alternate  NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **PETER C. DORSEY**
Event: **3:03CR222(PCD)**
Description: **US V KING**

Date: **4/20/04**
Time: **9:04 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| ~~10~~ | 100128789 | 02-0142 | GILLEN, JANET R<br>MILFORD<br>SECRETARY | 6/1 - 6/18 N/A | PP |
| ~~11~~ | 100171109 | 02-0051 | O'NEIL, ARTHUR H<br>MILFORD<br>LETTER CARRIER | | CP |
| ~~12~~ | 100167803 | 02-0022 | CATES, ALISA<br>WEST HAVEN<br>CALL RECEIVING OPERATOR | | CP |
| 13 | 100176796 | 02-0059 | FRITZ, CHRISTINE H.<br>CROMWELL<br>PAYROLL | 6/17 - 6/26 - N/A | J 4 |
| ~~14~~ | 100168623 | 02-0062 | DIEDRICH, OLIVER J<br>NAUGATUCK<br>BIOLOGIST | 5/7 - N/A | CP |
| 15 | 100152045 | 02-0116 | BEIER, LAURA L<br>MERIDEN<br>X-RAY TECH | | CP |
| ~~16~~ | 100077234 | 02-0090 | SHINE, KEVIN P<br>LEDYARD<br>MECHANIC | | CP |
| ~~17~~ | 100085899 | 02-0027 | MILLER, STEPHEN R<br>WALLINGFORD<br>MANAGER | | CP |
| ~~18~~ | 100149037 | 02-0064 | GUIDITTA JR, NICHOLAS V<br>WOLCOTT | | CP |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **PETER C. DORSEY**  
Event: **3:03CR222(PCD)**  
Description: **US V KING**

Date: 4/20/04  
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| ~~19~~ | 100151055 | 02-0149 | AVALLONE, FRANK<br>GUILFORD | RETIRED | CP |
| ~~20~~ | 100150733 | 02-0102 | MORROW, HARRY J<br>WALLINGFORD | TECHNICIAN    5/13 - n/a | PD |
| ~~21~~ | 100157138 | 02-0052 | DURYEA, RICHARD F<br>CLINTON | TRACTOR DRIVER | PP |
| 22 | 100159240 | 02-0012 | RUSSELL, PRISCILLA J<br>NORTH BRANFORD | CARE MANAGER | J 5 |
| ~~23~~ | 100139161 | 02-0077 | PHILLIPS, GORDON S<br>EAST HADDAM | WAREHOUSE WORKER | PD |
| ~~24~~ | 100140995 | 02-0075 | PRINZ, BRIAN A<br>GUILFORD | COMPOSITE MANUFACTUER  4/26-28 N/A | CP |
| ~~25~~ | 100072058 | 02-0017 | LACCETTI, LUCILLE B<br>GROTON | SCIENTIST | CP |
| ~~26~~ | ~~100178079~~ | ~~02-0073~~ | ~~MORSE, CHRIS R~~<br>MILFORD | STUDENT | CP |
| ~~27~~ | 100132259 | 02-0100 | JASIECKI, DONNA J<br>MIDDLETOWN | HOMEMAKER   6/23 -7 - N/A | / |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY  
Event: 3:03CR222(PCD)  
Description: US V KING  

Date: 4/20/04  
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 28 | 100176421 | 02-0008 | DYNARSKI, BRIDGET C<br>MERIDEN | RECEPTIONIST | 5/24 - 6/12 N/A — CP |
| 29 | 100172796 | 02-0040 | SKAANNING, JEFFREY M<br>MIDDLEFIELD | LP SUPER | / |
| 30 | 100136673 | 02-0016 | YURAVICH JR, ALBERT J<br>NAUGATUCK | ANTIQUES DEALER | CP |
| 31 | 100152856 | 02-0023 | LEMELIN, HEATHER A<br>KILLINGWORTH | HOMEMAKER | 5/3 - 5/7 = N/A<br>5/17 - 5/31 = N/A — J6 |
| 32 | 100176971 | 02-0089 | BRIDWELL, JENNIFER M<br>MILFORD | DOG TRAINER | 4/28 - 5/2 N/A — / |
| 33 | 100151630 | 02-0047 | GOSS, BRENDA L<br>SOUTHBURY | UNION CARPENTER | 4/30 N/A — / |
| 34 | 100147069 | 02-0139 | D'ANGELO, NICHOLAS J<br>NORTH HAVEN | WAREHOUSE WORKER | / |
| 35 | 100132806 | 02-0028 | LIVINGSTON, GAIL M<br>WALLINGFORD | ASSEMBLER | / |
| 36 | ~~100173683 02-0046~~ | | ~~WYNN, WILLIAM~~<br>NEW HAVEN | | 5/12 N/A — CP |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: **PETER C. DORSEY**  
Event: **3:03CR222(PCD)**  
Description: **US V KING**

Date: 4/20/04  
Time: 9:04 AM

Random

| No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 37 | 100163938 | 02-0029 | DALMASO, JERRY R — WATERBURY | SALES | 6/10-23 n/A  4/27 - n/A |
| 38 | 100155660 | 02-0004 | NEMPHOS, ANN M — CHESHIRE | COMPUTER APP | PP |
| 39 | 100147599 | 02-0060 | WILDES, JAMES E — HAMDEN | ATTORNEY | |
| 40 | 100140468 | 02-0123 | BANKO, ALLEN T — WALLINGFORD | COMPUTER SPECIALIST | 4/23 - 4/29 |
| 41 | 100156109 | 02-0001 | RUSSELL, KEVIN J — WATERBURY | FIREFIGHTER | CP |
| 42 | 100144057 | 02-0076 | KENNEY, PATRICIA A — KILLINGWORTH | SEAMSTRESS | 5/11  4/27 > N/A |
| 43 | 100178618 | 02-0141 | TYNAN, PAMELA S — NAUGATUCK | R.N. | PP |
| 44 | 100164517 | 02-0095 | ZAMBETTI, ALEXANDER G — WOLCOTT | BUSINESS OWNER | J7 |
| 45 | 100141416 | 02-0114 | PHILLIPS, MARGARET M — WOLCOTT | CRISIS PREGNANCY CTR | J8 |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 46 | 100160219 | 02-0150 | KEELER, MARIA A<br>WEST HAVEN<br>MARKETING PROGRAM MGR | | PD |
| 47 | 100150979 | 02-0067 | WALTON, KAREN E<br>BETHANY<br>OFFICE ASST | | / |
| 48 | 100160078 | 02-0030 | PASQUALE, JACK M<br>WALLINGFORD<br>PATENT ATTORNEY | 5/20, 5/21, 5/25<br>6/14-20 | PD |
| 49 | 100149206 | 02-0127 | SAWYER III, ROBERT G<br>KILLINGWORTH<br>ENGINEER | | / |
| 50 | 100071372 | 02-0070 | MARTINEZ, JANINE M<br>NORWICH<br>INSTRUCTOR | | / |
| 51 | 100134903 | 02-0113 | KERNAN, KAREN R<br>BRANFORD<br>WRITER | | / |
| 52 | 100148278 | 02-0082 | BARNES, JOHN G<br>CLINTON<br>FACILITIES LEAD | | / |
| 53 | 100158523 | 02-0133 | HANSEN, MONICA A<br>HIGGANUM<br>SPECIAL ED TEACHER | | CP |
| 54 | 100132582 | 02-0039 | KELMACHTER, BARRY L<br>CHESHIRE<br>PATENT ATTORNEY | | CP |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 55 | 100070529 | 02-0091 | FELD, LAWRENCE C  NEW LONDON  MECHANIC | wk of 5/26 | |
| ~~56~~ | 100173396 | 02-0013 | ROBINSON, SANDRA L  MILFORD  SECRETARY | ~~Aou~~ June | CP |
| 57 | 100091958 | 02-0011 | BAIN, KELLY  OXFORD  ENGINEERING ASST | | |
| 58 | 100167504 | 02-0032 | CHAWLA, HARPAL S  SEYMOUR  SR TEST ENGINEER | | |
| 59 | 100168993 | 02-0093 | TIROLETTO, ELAINE  NORTH HAVEN  ACCOUNTING MGR | 5/24 - 5/28 | |
| 60 | 100172251 | 02-0132 | MANLEY, RUTH H  GUILFORD  CLINICAL SOCIAL WORKER | 6/18 | |
| 61 | 100079547 | 02-0048 | SHELTON, JUSTIN A  WATERFORD  CONTRACTOR | | |
| 62 | 100155586 | 02-0104 | MALONEY, JOAN K  MIDDLEBURY  RETIRED | | |
| 63 | 100142346 | 02-0037 | HARPER, DEBORAH S  OXFORD  RETIRED | | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY  
Event: 3:03CR222(PCD)  
Description: US V KING

Date: 4/20/04  
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 64 | 100148140 | 02-0098 | LADD, MICHAEL J — BRANFORD — GRADUATE STUDENT | |
| ~~65~~ | 100127574 | 02-0071 | CAPALDO, CHRISTINE M — WATERBURY — TEACHER | CP |
| 66 | 100071629 | 02-0140 | CLARKE, WILLIAM D — NORTH STONINGTON — CARPENTER | |
| 67 | 100079864 | 02-0107 | CARVALHO, ANTHONY JOHN — GROTON — MECHANICAL OPERATOR | |
| 68 | 100161482 | 02-0042 | CARUSO, JOSEPH — WATERBURY — MAINTENANCE SUPERVISOR | |
| 69 | 100146934 | 02-0041 | MISENTI, JAMES A — EAST HADDAM — BUSINESS OWNER | |
| 70 | 100149135 | 02-0068 | AMUNDSEN, CARL — MILFORD | |
| 71 | 100160594 | 02-0092 | POMEROY, LAWRENCE S — NEW HAVEN — AUDIO TECH | |
| 72 | 100158794 | 02-0124 | BURKE, ANGELIQUE M — NORTH BRANFORD — SALES SUPPORT MGR | |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:04 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 73 | 100132853 | 02-0019 | MERCIER, PATRICIA F<br>WATERBURY<br>TOOLSETTER | |
| 74 | 100140881 | 02-0128 | WHEATON, JOSEPHINE R<br>MILFORD<br>PROJECT COORDINATOR | |
| 75 | 100069494 | 02-0121 | MIESZKOWICZ, LISA A<br>COLCHESTER<br>PURCHASING AGENT | |
| 76 | 100071392 | 02-0084 | LAKE, ELIZABETH A<br>NORWICH<br>COORDINATOR | |
| 77 | 100175335 | 02-0143 | ANTOINE, JACQUES<br>HAMDEN<br>DEPT MGR | |
| 78 | 100177962 | 02-0005 | MATTERAZZO, WILLIAM P<br>EAST HAMPTON<br>MATERIALS SUPERVISOR | |
| 79 | 100067608 | 02-0147 | JEAN, GEDEON<br>NEW LONDON<br>CARD DEALER | |
| 80 | 100176254 | 02-0010 | VISCIONE, GARY A<br>WESTBROOK<br>COMPUTER ANALYST | |
| 81 | 100149850 | 02-0101 | MILLER, KENNETH S<br>ORANGE<br>ACCOUNTANT | |

Legend: J=Jury  A=Alternate  NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Judge's List

Judge: PETER C. DORSEY
Event: 3:03CR222(PCD)
Description: US V KING

Date: 4/20/04
Time: 9:29 AM

Random

| No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 82 | 100071999 | 02-0055 | MARION, ROSEMARIE A<br>VOLUNTOWN — SECRETARY | |
| 83 | 100158530 | 02-0087 | PRICKETT, ROGER A<br>NAUGATUCK — MATERIALS MANAGER | |
| 84 | 100140553 | 02-0018 | MUCIK, PAUL M<br>MERIDEN — INSPECTOR | |
| 85 | 100158625 | 02-0145 | SIMPSON, JAMES ANGUS<br>HADDAM NECK — COLLEGE ADMINISTRATOR | |
| 86 | 100073447 | 02-0078 | MORGAN, GARY W<br>OAKDALE — ENGINEER | |
| 87 | 100072584 | 02-0072 | SANTOS-RIVERA, PATRICK U<br>VOLUNTOWN — QUALITY ASSURANCE INSP | |
| 88 | 100127948 | 02-0061 | INFANTE, LINDA A<br>HAMDEN — RETIRED | |

Legend: J=Jury  A=Alternate  NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.