UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TERRELL EMBRY                          :

VS.                                    :        NO. 3:01CV1588(PCD)

FRANK D'AMORE, ET AL.                  :        APRIL 22, 2004

**PLAINTIFF'S PROPOSED VERDICT FORM**

The plaintiff respectfully submits the following proposed verdict form:

1.  What amount of compensatory damages do you award the plaintiff against the defaulted defendant, Officer Frank D'Amore?

$_____

2.  What amount of punitive damages, if any, do you award the plaintiff against the defaulted defendant, Officer Frank D'Amore?

$_____

3.  Has the plaintiff proved that the defendant Lori Slezak, M.D., violated his constitutional right to be free from an unreasonable search and seizure?

Yes_____            No_____

4.  Has the plaintiff proved that the defendant John Labello violated his constitutional right to be free from an unreasonable search and seizure?

Yes_____            No_____

5.  Has the plaintiff proved that the defendant Michael E. Ivy, M.D., violated his constitutional right to be free from an unreasonable search and seizure?

Yes_____                    No_____

6.  Has the plaintiff proved that the defendant Bridgeport Hospital violated his constitutional right to be free from an unreasonable search and seizure?

Yes_____                    No_____

7.  If you have answered "yes" to Question 3, Question 4, Question 5 or Question 6, what amount of compensatory damages do you award to the plaintiff for the violation of his Fourth Amendment rights by the defendant or defendants named in those questions?

$_____

8.  If you answered "yes" to Question 3, what amount of punitive damages, if any, do you award the plaintiff against the defendant Lori Slezak, M.D.?

$_____

9.  If you answered "yes" to Question 4, what amount of punitive damages, if any, do you award the plaintiff against the defendant John Labello?

$_____

10.  If you answered "yes" to Question 5, what amount of punitive damages, if any, do you award the plaintiff against the defendant Michael E. Ivy, M.D.?

$\underline{\hspace{5cm}}$

11.  If you answered "yes" to Question 6, what amount of punitive damages, if any, do you award the plaintiff against the defendant Bridgeport Hospital?

$\underline{\hspace{5cm}}$

12.  Did the defendant Lori Slezak, M.D., commit an assault upon the plaintiff in violation of Connecticut law?

Yes_____          No_____

13.  Did the defendant John Labello commit an assault upon the plaintiff in violation of Connecticut law?

Yes_____          No_____

14.  Did the defendant Michael E. Ivy, M.D., commit an assault upon the plaintiff in violation of Connecticut law?

Yes_____          No_____

15.  Did the defendant Bridgeport Hospital commit an assault upon the plaintiff in violation of Connecticut law?

Yes_____          No_____

16.  If you have answered "yes" to any one or more of Questions 12, 13, 14 or 15, what amount of compensatory damages do you award the plaintiff for the assault committed upon him?

$_____

17.  If you answered "yes" to Question 12, do you award punitive damages to the plaintiff against the defendant Lori Slezak, M.D.?

Yes_____                No_____

18.  If you answered "yes" to Question 13, do you award punitive damages to the plaintiff against the defendant John Labello?

Yes_____                No_____

19.  If you answered "yes" to Question 14, do you award punitive damages to the plaintiff against the defendant Michael E. Ivy, M.D.?

Yes_____                No_____

20.  If you answered "yes" to Question 15, do you award punitive damages to the plaintiff against the defendant Bridgeport Hospital?

Yes_____                No_____

THE PLAINTIFF

BY:_____
        JOHN R. WILLIAMS (ct00215)
        Williams and Pattis, LLC
        51 Elm Street
        New Haven, CT 06510
        203.562.9931
        Fax: 203.776.9494
        E-Mail: jrw@johnrwilliams.com
        His Attorney


CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to David J. Robertson, Esq., Bai, Pollock, Blueweiss & Mulcahey, P.C., 10 Middle Street, Bridgeport, CT 06604.


_____
JOHN R. WILLIAMS