# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**TERRELL EMBRY**

     **Plaintiff**

v.

**FRANK D'AMORE, LORI SLEZAK, M.D., JOHN LABELLO, MICHAEL IVY, M.D., and BRIDGEPORT HOSPITAL**

     **Defendants**

**APPEARANCE**

FILED
'04 APR 23 PM 3 20
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CASE NUMBER: 3:01CV01588 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

**FRANK D'AMORE**

---

April 23, 2004
Date

05746
Connecticut Federal Bar Number

203/576-7647
Telephone Number

203/576-8252
Fax Number

BRAZZB0@CI.BRIDGEPORT,CT.US.
E-mail address

*[signature]*
Signature

**BARBARA BRAZZEL-MASSARO**
Print Clearly or Type Name

**Office of the City Attorney**
Address

**999 Broad Street, 2nd Floor**

**Bridgeport, CT 06604**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this 23rd day of April, 2004, to the following:

| | |
|---|---|
| **Norman Pattis, Esq.**<br>51 Elm Street<br>New Haven, CT 06510 | **Madonna A. Sacco, Esq.**<br>Bai, Pollock, Bluewiss & Mulcahey<br>10 Middle Street, P.O. Box 1978<br>Bridgeport, CT 06604 |

*[signature]*
Barbara Brazzel-Massaro

Appearance.frm.Jan.24