*FILED*

APR 23  3 20 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TERRELL EMBRY                          :           CASE NO. 3:01CV01588(PCD)

      **Plaintiff**                        :

**Vs.**                                :

**FRANK D'AMORE, ET AL**               :

      **Defendants**                      :           **APRIL 23, 2004**

### ANSWER & AFFIRMATIVE DEFENSE OF DEFENDANT, FRANK D'AMORE

1.    As to paragraph 1, the defendant denies an unreasonable and warrantless search of the plaintiff's body, and as to the remainder, he has insufficient knowledge or information with which to form a belief and therefore leaves the plaintiff to his proof.

2-3.    As to paragraphs 2 and 3, the defendant has insufficient knowledge or information with which to form a belief and therefore leaves the plaintiff to his proof.

4.    As to paragraph 4, the defendant ADMITS he was a duly appointed police officer and as to the remainder he  leaves the plaintiff to his proof.

5-7.    As to paragraphs 5 through 7 inclusive, the defendant has insufficient knowledge or information with which to form a belief and therefore leaves the plaintiff to his proof.

8.    As to paragraph 8, the defendant, D'Amore, ADMITS that at the time he was acting under color of law, and as to the remainder he has insufficient knowledge or information to form a belief and therefore leaves the plaintiff to his proof.

9.    Paragraph 9 is DENIED.

10.    As to paragraph 10, the defendant, D'Amore, ADMITS that the plaintiff was arrested by Bridgeport Police Officers, and as to the remainder he has insufficient knowledge or information with which to form a belief and therefore leaves the plaintiff to his proof.

11.    Paragraph 11 is DENIED.

12.    As to paragraph 12, the defendant ADMITS he was present in the operating room, but denies that he was there in a conspiracy with the defendants.

13.    Paragraph 13 is ADMITTED.

14.    Paragraph 14 is DENIED.

15.    Paragraph 15 is DENIED.

16.    Paragraph 16 is DENIED.

17.    Paragraph 17 is DENIED.

18.    Paragraph 18 is DENIED.

19.    Paragraph 19 is DENIED.

20.    Paragraph 20 is DENIED.


### BY WAY OF AFFIRMATIVE DEFENSE

At all times mentioned herein, the defendant, Frank D'Amore, was acting as an objectively reasonable police officer and has qualified immunity for his actions.


THE DEFENDANT – Frank D'Amore


BY: _____
    **Barbara Brazzel-Massaro**
    Associate City Attorney
    **OFFICE OF THE CITY ATTORNEY**
    999 Broad Street – 2nd Floor
    Bridgeport, CT  06604
    Telephone:  203-576-7647
    Federal No. 05746

3

## CERTIFICATION

This is to certify that a copy of the foregoing Answer and Affirmative Defense

was faxed and  mailed on this 23rd day of April, 2004, to:


**Norman Pattis, Esq.**
**51 Elm Street**
**New Haven, CT  06510**

**Madonna A. Sacco, Esq.**
**Bai, Pollock, Bluewiss & Mulcahey**
**10 Middle Street, P. O. Box 1978**
**Bridgeport, CT  06604**


_____
**Barbara Brazzel-Massaro**
Commissioner of the Superior Court

H:Miscell.BBM.Answer.AffirmativeDefense.D'Amore

4