

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERRELL EMBRY | : | CASE NO. 3:01CV01588(PCD) |
| Plaintiff | : | |
| Vs. | : | |
| FRANK D'AMORE, ET AL | : | |
| Defendants | : | APRIL 23, 2004 |

## MOTION TO SET ASIDE JUDGMENT

Pursuant to Federal Rule of Civil Procedure 60 (4) and (6), the defendant, Frank D'Amore, respectfully requests that the Court vacate the judgment that was entered against the defendant on May 15, 2002 for failure to appear. The basis of this motion is more particularly set forth in the Memorandum of Law and Affidavits that are attached hereto.

THE DEFENDANTS – Frank D'Amore

BY: _____
**Barbara Brazzel-Massaro**
Associate City Attorney
**OFFICE OF THE CITY ATTORNEY**
999 Broad Street – 2nd Floor
Bridgeport, CT  06604
Telephone: 203-576-7647
Federal No. 05746

## CERTIFICATION

This is to certify that a copy of the foregoing Motion to Set Aside Judgment was faxed and mailed on this 23rd day of April, 2004, to:

Norman Pattis, Esq.
51 Elm Street
New Haven, CT 06510

Madonna A. Sacco, Esq.
Bai, Pollock, Bluewiss & Mulcahey
10 Middle Street, P. O. Box 1978
Bridgeport, CT 06604

_____
Barbara Brazzel-Massaro
Commissioner of the Superior Court

H:Miscell.BBM.MotionSetAsideJudgmt.D'Amore