Civ-Trial(April 12, 2004)

DEPUTY CLERK P. Villano   RPTR/ETAPE Savard

TOTAL TIME: ___ hours ___ minutes

DATE 4/26/04   START TIME 9:50   END TIME 4:30
LUNCH RECESS FROM 1:00 TO 2:00
RECESS FROM ___ TO ___ (If more than 1/2 hour)

CIVIL NO. 3:01cv1588(PCD)

Terrell Embry
vs.
Frank D'Amore, et al

John Williams
Plaintiff's Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

David Robertson
Defendants' Counsel
Barbara Brazzel-Massaro

## CIVIL JURY/COURT TRIAL

☑ Jury of 8 report (see attached) ☐ Jury sworn
☑ Jury Trial held ☑ Jury Trial continued until 4/27/04 at 10:00 a.m.
☐ Court Trial held ☐ Court Trial continued until ___ at ___
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

☑ #30 Motion to Set Aside Default — ☐ granted ☐ denied ☑ advisement
☐ # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
☑ Defts' Oral Motion for directed verdict ☐ granted ☐ denied ☑ advisement
☑ Oral Motion " " for Officer D'Amore ☐ granted ☐ denied ☑ advisement
☐ Oral motion ___ ☐ granted ☐ denied ☐ advisement
☐ Oral motion ___ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed

☑ Plaintiff(s) rests ☑ Defense rests
Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☐ Summation held ☐ Court's Charge to the Jury
☐ All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ___
☐ Court orders Jury to be fed at Govt. expense (see attached bill)
☐ SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

**Jury List**

Judge: PETER C. DORSEY  
Event: 3:01CV1588(PC  
Date: 4/26/04  

Please Sign In

Date: 4/20/04  
Time: 2:58 PM

| Seat# | Part No. | Name | Type | Signature |
|---|---|---|---|---|
| 1 | 100176796 | FRITZ, CHRISTINE H. | Juror | *Christine Fritz* |
| 2 | 100080622 | LAPOINTE, IRENE E | Juror | *Irene E. LaPointe* |
| 3 | 100152856 | LEMELIN, HEATHER A | Juror | *Heather A Lemel* |
| 4 | 100168782 | ORLANDO, ELIZABETH | Juror | *Elizabeth Orlando* |
| 5 | 100141416 | PHILLIPS, MARGARET M | Juror | *Margaret Phillips* |
| 6 | 100069834 | REDDING, PAUL | Juror | *Paul Redding* |
| 7 | 100159240 | RUSSELL, PRISCILLA J | Juror | *Priscilla J Russell* |
| 8 | 100164517 | ZAMBETTI, ALEXANDER G | Juror | *Alex Zambetti* |