UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Apr 29  10 35 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| Terrell EMBRY,<br>      Plaintiff | :<br>:<br>: 3:01cv1588 (PCD) |
| vs. | :<br>: |
| Frank D'AMORE, Lori SLEZAK, M.D.,<br>      John LABELLO, Michael E. IVY,<br>      M.D., and BRIDGEPORT HOSP.,<br>      Defendants | :<br>:<br>:<br>: |

### RULING ON PENDING MOTION

Defendant D'Amore's motion to set aside judgment [Doc. No. 30] is **denied** as moot, having been ruled on in Court prior to commencement of the trial.

SO ORDERED.

Dated at New Haven, Connecticut, April 28, 2004.

_____
Peter C. Dorsey
United States District Judge