Civ.Trial(April 12, 2004)

DEPUTY CLERK T. Villano  RPTR/ECT/TAPE

TOTAL TIME: ___ hours ___ minutes

DATE 4/27/04  START TIME 10:30  END TIME 4:10
LUNCH RECESS FROM ___ TO ___
RECESS FROM 1:20 p TO 4:00 p (if more than 1/2 hour)

Terrell Embry    CIVIL NO. 3:01cv1588(PCD)    John Williams
                                              Plaintiff's Counsel
  vs.                              ☐ SEE ATTACHED CALENDAR FOR COUNSEL
                                              Rose Ann Lanassaro
Frank D'Amore, et al                          Defendants' Counsel

## CIVIL JURY/COURT TRIAL

☑ ...... Jury of 8 report (see attached) ☐ Jury sworn
☑ ...... ☑ Jury Trial held   ☐ Jury Trial continued until _____ at _____
☐ ...... ☐ Court Trial held  ☐ Court Trial continued until _____ at _____
☐ ...... Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ ... # _ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... # _ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... # _ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... # _ Motion _____ ☐ granted ☐ denied ☐ advisement
☑ ... defts  Oral Motion for mistrial _____ ☐ granted ☑ denied ☐ advisement
☑ ... deft   Oral Motion Renewed for directed verdict ☐ granted ☐ denied ☑ advisement
☐ ...... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... Oral motion _____ ☐ granted ☐ denied ☐ advisement
                                                            ☐ filed ☐ docketed
                                                            ☐ filed ☐ docketed
                                                            ☐ filed ☐ docketed
                                                            ☐ filed ☐ docketed
                                                            ☐ filed ☐ docketed
                                                            ☐ filed ☐ docketed
                                                            ☐ filed ☐ docketed

☐ ...... ☐ Plaintiff(s) rests  ☐ Defense rests
         Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☑ ...... ☑ Summation held  ☑ Court's Charge to the Jury
☑ ...... All full exhibits ☐ Verdict Form handed to the jury ☑ Interrogatories to the Jury handed to the jury
☑ ...... Jury commences deliberations at 1:30 p
☐ ...... Court orders Jury to be fed at Govt. expense (see attached bill)
☐ ...... SEE ☐ reverse ☐ attached

                                              ☑ COPY TO JURY CLERK (JURY TRIALS ONLY)

- [ ] Court declares MISTRIAL
- [x] Verdict Form filed
- [x] VERDICT: _for defendants_

- [x] Court accepts verdict and orders verdict verified and recorded
- [ ] Jury polled

## MISCELLANEOUS PROCEEDINGS

# Jury List

Please sign in

Judge: **PETER C. DORSEY**　　　Date: 4/27/04　　　Date: 4/20/04
Event: **3:01CV1588(PC**　　　　　　　　　　　　　Time: 2:58 PM

| Seat# | Part No. | Name | Type | |
|---|---|---|---|---|
| 1 | 100176796 | FRITZ, CHRISTINE H. | Juror | *[signature]* |
| 2 | 100080622 | LAPOINTE, IRENE E | Juror | Irene E. LaPointe |
| 3 | 100152856 | LEMELIN, HEATHER A | Juror | Heather Lemelin |
| 4 | 100168782 | ORLANDO, ELIZABETH | Juror | Elizabeth Orlando |
| 5 | 100141416 | PHILLIPS, MARGARET M | Juror | Margaret Phillips |
| 6 | 100069834 | REDDING, PAUL | Juror | Paul Redding |
| 7 | 100159240 | RUSSELL, PRISCILLA J | Juror | Priscilla J Russell |
| 8 | 100164517 | ZAMBETTI, ALEXANDER G | Juror | Alex Zambetti |

Page 1 of 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## JURY LUNCH ORDER FORM
(MUST BE ATTACHED TO MINUTES)

Case No. 3:01 CV 1588 (PCD)    Date: 4/27/04

Restaurant Providing Order: Sandy's Place

Delivery Location (Street, Building Name, Room #, etc.):
141 Church St., New Haven
Judge Dorsey's Jury Room

Contact Person: Karin    Phone: 773-2427

Delivery/Pickup Time Desired: 12:30 pm - 1:00 p.m.

| JUROR # | ENTREE | SIDE ORDER | BEVERAGE | DESSERT | SUBTOTAL |
|---|---|---|---|---|---|
| 1 100080622 | Tuna Wrap | | | | |
| 2 100168782 | Turkey Chef w/ oil & vinegar | | diet snapple | fresh fruit (any flavor) sugar free pudding | |
| 3 100159240 | Roasted Red pepper wrap | | diet coke | | |
| 4 100176796 | Turkey Burger w/ American cheese let tom mayo ketchup | | diet cokes (2) | | |
| 5 100164517 | Tuna Wrap | | diet coke | fresh fruit | |
| 6 100141416 | Stuffed Tomato w/ Chick Salad | seafood Gumbo | | | |
| 7 100069834 | tuna wrap | — | water | — | |
| 8 100152856 | Tuna, roasted red pepper wrap | Tom. Basil Soup Chicken ~~Escarole~~ | water | | |
| 9 | | | | | |