United States District Court
District of Connecticut
FILED AT      NEW HAVEN

April 27, 2004
Kevin F. Rowe, Clerk

by P. A. Villano
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TERRELL EMBRY                          :

VS.                                    :        NO. 3:01CV1588(PCD)

FRANK D'AMORE, ET AL.                  :        APRIL 26, 2004

## PLAINTIFF'S EXHIBITS

1(a)   Bridgeport Hospital records – Admission Evaluation — Full - 4/26/04

1(b)   Bridgeport Hospital records – Excerpts — Full - 4/26/04

1(c)   Bridgeport Hospital records – Doctor's Progress Notes — Full - 4/26/04

1(d)   Bridgeport Hospital records – History and Physical Exam — Full - 4/26/04

1(e)   Bridgeport Hospital records – Emergency Authorization — Full - 4/26/04

1(f)   Bridgeport Hospital records – Operative Report — Full - 4/26/04

1(g)   Bridgeport Hospital records – Progress Notes — Full - 4/26/04

1(h)   Bridgeport Hospital records – Surgical Pathology Report — Full - 4/26/04

1(i)   Bridgeport Hospital records – Discharge Summary — Full - 4/26/04

2(a)   Bridgeport Police report – Ronan report — Full - 4/26/04

2(b)   Bridgeport Police report – D'Amore report — Full - 4/26/04

3      Diagram of relevant body organs

4      Photo of plaintiff — Full - 4/26/04

| | |
|---|---|
| 5 | Photo of plaintiff |
| 6 | Photo of plaintiff |
| 7 | Photo of plaintiff |
| 8 | Photo of plaintiff |
| 9 | Photo of plaintiff |

THE PLAINTIFF

BY_____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
E-Mail: jrw@johnrwilliams.com
His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was handed to David J. Robertson, Esq., Bai, Pollock, Blueweiss & Mulcahey, P.C., 10 Middle Street, Bridgeport, CT 06604.

_____
JOHN R. WILLIAMS