# United States District Court

DISTRICT OF __CONNECTICUT__

Terrell Embry

v.

Frank D'Amore, et al

PLTFS

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:01 CV 1588 PCD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | John Williams | David Robertson / Massaro |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/26 | Falcone | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4/26/04 | | | Terrell Embry, Bpt, Ct |
| | | | | | |
| | | | | | United States District Court District of Connecticut FILED AT    NEW HAVEN |
| | | | | | April 27, 2004 Kevin F Rowe, Clerk |
| | | | | | by P.A. Villano Deputy Clerk |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages