AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF **CONNECTICUT**

Embry
v.

D'Amore, et al

~~DHS~~
**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:01CV 1588 (PCD)

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 4/26/04 | | | Dr. Michael E. Ivy, Guilford, Ct |
| | ✓ | | | | Frank D'Amore, Bpt, Ct |
| | | | | | |
| | | | | | |
| | | | | | United States District Court |
| | | | | | District of Connecticut |
| | | | | | FILED AT   NEW HAVEN |
| | | | | | April 27            2004 |
| | | | | | Kevin F. Rowe, Clerk |
| | | | | | By P. A. Villano |
| | | | | | Deputy Clerk |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PRESIDING JUDGE** Peter C. Dorsey

**TRIAL DATE(S)** 4/26

**PLAINTIFF'S ATTORNEY** John Williams

**COURT REPORTER** Falcone, K

**DEFENDANT'S ATTORNEY** Robertson / massaro

**COURTROOM DEPUTY** Villano, P

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages