AO 187 (Rev. 7/87) Exhibit and Witness List

United States District Court
District of Connecticut
FILED AT    NEW HAVEN
Apr. 27    2004
Kevin F. Rowe, Clerk
By P. a. Villano
Deputy Clerk

# United States District Court

DISTRICT OF **CONNECTICUT**

Embry

v.

D'Amore, et al

**Deft's EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:01cv1588(PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | John Williams | Robertson / Massaro |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 4/26 | Falcone, K | Villano, P |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 4/26/04 | | Full | Certified copy of Hospital Records |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages