United States District Court
District of Connecticut
FILED AT     NEW HAVEN

April 27, 2004
Kevin F. Rowe, Clerk
By P. A. Villano
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Terrell EMBRY,
    Plaintiff                  :
                                    :
                                    :3:01cv1588 (PCD)
vs.                                 :

Frank D'AMORE, Lori SLEZAK, M.D.,   :
    John LABELLO, Michael E. IVY,      :
    M.D., and BRIDGEPORT HOSP.,       :
    Defendants                            :

## VERDICT FORM

**I.    Unreasonable Search and Seizure Claim**

    **A.    Liability**

        A1.    Do you find that Plaintiff has proved by a preponderance of evidence that the following Defendant(s) have violated his constitutional right to be free from an unreasonable search and seizure?

| Defendant | Yes | No |
|---|---|---|
| Lori Slezak, M.D. | ___ | _X_ |
| John Labello | ___ | _X_ |
| Michael E. Ivy, M.D. | ___ | _X_ |
| Bridgeport Hospital | ___ | _X_ |
| Frank D'Amore | ___ | _X_ |

        A1a.    If you answer IA1 "yes" as to Frank D'Amore, do you find that he has proven that he is entitled to qualified immunity?

                _____ Yes      _____ No

        If you answer "yes" and find that Frank D'Amore is entitled to qualified immunity, do not designate any amount of damages as to him on page 2 of this Verdict Form.

**B.      Damages**

B1.     For each part of Interrogatory IA1 (unreasonable search and seizure) you have answered "yes," what amount of compensatory damages has Plaintiff proved were proximately caused by that constitutional violation?

$_____

B2.     For each part of Interrogatory IA1 you have answered "yes," and if Plaintiff has not proved entitlement to compensatory damages, what amount of nominal damages do you award as to the claim you have found proved but did not find a proven amount of compensatory damages?

$_____

B3a.    For each part of Interrogatory IA1 you have answered "yes," do you find that any of Defendants' conduct which violated Plaintiff's rights was done willfully, recklessly, maliciously, or oppressively?

| | | |
|---|---|---|
| Lori Slezak, M.D. | _____ Yes | _____ No |
| John Labello | _____ Yes | _____ No |
| Michael E. Ivy, M.D. | _____ Yes | _____ No |
| Bridgeport Hospital | _____ Yes | _____ No |
| Frank D'Amore | _____ Yes | _____ No |

B3b.    For each Defendant you have answered "yes" in Interrogatory IB3a, what what amount of punitive damages do you award as to each Defendant?

| | |
|---|---|
| Lori Slezak, M.D. | $_____ |
| John Labello | $_____ |
| Michael Ivy | $_____ |
| Bridgeport Hospital | $_____ |
| Frank D'Amore | $_____ |

2

II. **Assault and Battery (State Law) Claim**

A. **Liability**

A1. Do you find that Plaintiff has proved by a preponderance of the evidence that the following Defendant(s) have committed an assault upon him in violation of Connecticut law?

| | | |
|---|---|---|
| Lori Slezak, M.D. | ____ Yes | _X_ No |
| John Labello | ____ Yes | _X_ No |
| Michael E. Ivy, M.D. | ____ Yes | _X_ No |
| Bridgeport Hospital | ____ Yes | _X_ No |

B. **Damages**

B1. For each part of Interrogatory IIA1 (state law assault claim) you have answered "yes," what amount of compensatory damages has Plaintiff proved were proximately caused by such assault?

$_____

B2. For each part of Interrogatory IIA1 you have answered "yes," and if Plaintiff has not proved entitlement to compensatory damages, what amount of nominal damages do you award as to the claim you have found proved but did not find a proven amount of compensatory damages?

$_____

B3a. For each part of Interrogatory IIA1 you have answered "yes," do you find that any of Defendants' conduct which violated Plaintiff's rights was done willfully, recklessly, maliciously, or oppressively?

| | | |
|---|---|---|
| Lori Slezak, M.D. | ____ Yes | ____ No |
| John Labello | ____ Yes | ____ No |
| Michael E. Ivy, M.D. | ____ Yes | ____ No |
| Bridgeport Hospital | ____ Yes | ____ No |

      Your deliberations are complete. Please have the jury foreperson fill in, sign, and date this verdict form.

_____
Foreperson

4-27-04
_____
Date