## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TERRELL EMBRY

    v.       Civil No. 3:01 cv 1588 (PCD)

FRANK D'AMORE, LORI SLEZAK, M.D.,
JOHN LABELLO, MICHAEL E. IVY, M.D.
AND BRIDGEPORT HOSPITAL

### J U D G M E N T

This matter came on for trial before a jury and the Honorable Peter C. Dorsey, Senior United States District Judge. On April 27, 2004, after deliberation, the jury returned a verdict for the defendants. As a result of the jury's verdict, the Court entered a verdict for the defendants and directed that judgment enter for the defendants.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 29th day of April, 2004.

    KEVIN F. ROWE, Clerk

    By s/s _____
        Patricia A. Villano
        Deputy Clerk

EOD: _____

Case 3:01-cv-01588-PCD    Document 41    Filed 04/29/2004    Page 2 of 2