# United States District Court

DISTRICT OF CONNECTICUT

Terrell Embry
v.
Frank D'Amore, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:01CV1588 (PCD)

FILED AT NEW HAVEN
April 27, 2004
Kevin F. Rowe, Clerk
Court P.A. Villano

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | John Williams | Robertson / Massaro |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 4/26 | Falcone, K | Villano, P |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Court 1 | | 4/27/04 | | | Court's Instruction to the Jury |
| 2 | | 4/27/04 | | | Jurors' notes |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages